Cite as 2025 Ark. 15
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** February 27, 2025

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CIVIL PRACTICE

**PER CURIAM**

J. Carter Fairley, Esq., of Little Rock; Mary Carole Young, Esq., of Little Rock; Joseph Hoke, Esq., of Jonesboro; and Jerry Lovelace, Esq., of Springdale, are appointed to the Arkansas Supreme Court Committee on Civil Practice for three-year terms to expire on December 31, 2027. Professor John Cook, of Little Rock, is appointed as a committee advisor for a three-year term to expire on December 31, 2027.[1] We thank them all for their willingness to serve on this important committee. This expands the Committee by two members to better handle its important work.

The court expresses its gratitude to outgoing committee members Lee Curry, Esq., and Professor Suzanne Penn, for their years of service to this commission.

---

[1]Replacing Professor Anastasia Bowles who resigned in July 2024.